U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 18, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008

**By Facsimile**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Keiron Montgomery</u>,
              08 Cr. 791 (PAC)

Dear Judge Crotty:

    Pursuant to Your Honor's referral, the above-reference defendant was arraigned before Magistrate Judge Henry B. Pitman on August 14, 2008. The Government writes to respectfully request that a pre-trial conference be scheduled for mid-September 2008, by which time the parties expect to have reached a disposition. The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the pre-trial conference because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8). Specifically, the time is needed to enable the parties to finalize the plea negotiations. Should the parties reach a disposition earlier, the Government will contact the Court to schedule a plea.

    Respectfully submitted,
    MICHAEL J. GARCIA
    United States Attorney

    _s/Parvin Moyne_____
    By:  Parvin Moyne
    Assistant United States Attorney
    (212) 637-2510

cc:    Lee Ginsberg, Esq. (by facsimile: (212) 962-9696)

**MEMO ENDORSED**

Application GRANTED. The conference is scheduled for 9/16/08 at 4:45 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 8/18/08 until 9/16/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED. AUG 2 6 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE