```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    NOTICE OF INTENT TO FILE
                                         INFORMATION
          - v. -                    :
                                         08 Cr. ____
KEIRON MONTGOMERY,                  :

          Defendant.                :

- - - - - - - - - - - - - - - - - x
```

**08 CRIM 797**

**JUDGE CROTTY**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        August 7, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              PARVIN MOYNE
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Janet Christine Macc, ESQ.
                              Attorney for KEIRON MONTGOMERY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```